UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**Isaiah Montgomery,**

*Plaintiff,*

*-vs-*

**Orange County (New York), Wellpath LLC
(formerly known as Correct Care Solutions Medical
Services PC and/or New York Correct Care
Solutions Medical Services PC), Wellpath NY LLC,
Olisaemeka  Akamnonu, MD, Individually and in
his official capacity, C.O. Andrew Hankins, Shield
No. 441, Individually and in his Official Capacity,
Corrections Officers/Personnel "John Doe" #1-20
Individually and in their Official Capacity (the
name John Doe being fictitious, as the true names
are presently unknown), Wellpath
Employees/Agents "John Doe" #1-20 20
Individually and in their Official Capacity (the
name John Doe being fictitious, as the true names
are presently unknown),**

*Defendants.*

**NOTICE OF APPEARANCE**

Civil No.:    23-cv-05865

 

 

 

 

 

 

 

 

 

 

 

 

 

 

 

**PLEASE  TAKE  NOTICE**  that  the  undersigned  hereby  appears  as  counsel  for  the

defendants, Wellpath LLC (formerly known as Correct Care Solutions Medical Services PC and/or

New York Correct Care Solutions Medical Services PC), and Wellpath NY LLC, in the above-

captioned action.

**PLEASE TAKE FURTHER NOTICE** that the undersigned respectfully requests that his

name be placed on the Court's docket and mailing matrix.

**PLEASE TAKE FURTHER NOTICE** that the above-named defendants do not waive

any jurisdictional defenses.

**DATED:**    August 2, 2023

**BARCLAY DAMON LLP**


By:    *s/ Paul A. Sanders*
        Paul A. Sanders

*Attorneys for Defendants*
*Wellpath LLC (formerly known as Correct*
*Care Solutions Medical Services PC and/or*
*New York Correct Care Solutions Medical*
*Services PC), Wellpath NY LLC*
Office and Post Office Address
2000 Five Star Bank Plaza
100 Chestnut Street
Rochester, New York 14604
Tel: (585) 295-4426
Email: psanders@barclaydamon.com