UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**Isaiah Montgomery,**

                *Plaintiff*,

  -*vs*-

**Orange County (New York), Wellpath LLC (formerly known as Correct Care Solutions Medical Services PC and/or New York Correct Care Solutions Medical Services PC), Wellpath NY LLC, Olisaemeka Akamnonu, MD, Individually and in his official capacity, C.O. Andrew Hankins, Shield No. 441, Individually and in his Official Capacity, Corrections Officers/Personnel "John Doe" #1-20 Individually and in their Official Capacity (the name John Doe being fictitious, as the true names are presently unknown), Wellpath Employees/Agents "John Doe" #1-20 20 Individually and in their Official Capacity (the name John Doe being fictitious, as the true names are presently unknown),**

                *Defendants.*

STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE PLEAD

Civil No.:   23-CV-05865

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that the defendants, Orange County (New York), Wellpath LLC (formerly known as Correct Care Solutions Medical Services PC and/or New York Correct Care Solutions Medical Services PC), Wellpath NY LLC, and C.O. Andrew Hankins, Shield No. 441, have an extension of time to answer, move or otherwise act in connection with the Plaintiff's Complaint, dated July 10, 2023, in the above-captioned action to September 15, 2023.

The reason for the extension is that not all of the named defendants have been served with the Plaintiff's Complaint and, for the sake of judicial economy, the parties wish to extend the time for defendants to respond to the Complaint until a date after all named defendants have been served with process.

26749721.1

Dated: August 2, 2023

| **COHEN & FITCH, LLP** | **BARCLAY DAMON LLP** |
|---|---|
| By:  *s/ Ilyssa S. Fuchs* | By:  *s/ Paul A. Sanders* |
|      Ilyssa S. Fuchs, Esq. |      Paul A. Sanders, Esq. |
| *Attorney for Plaintiff* | *Attorneys for Defendants* |
| Ilyssa S. Fuchs, Esq. | *Wellpath LLC (formerly known as Correct* |
| 233 Broadway, Suite 900 | *Care Solutions Medical Services PC and/or* |
| New York, NY 10279 | *New York Correct Care Solutions Medical* |
| Tel: (212) 374-9115 | *Services PC), Wellpath NY LLC* |
| Email: ifuchs@cohenfitch.com | 100 Chestnut Street, Suite 2000 |
| | Rochester, New York 14604 |
| | Tel: (585) 295-4426 |
| | Email: psanders@barclaydamon.com |

**ORANGE COUNTY ATTORNEY'S OFFICE**

By:  *s/ Stephanie T. Midler*
     Stephanie T. Midler, Esq.

*Attorneys for Defendants*
*Orange County (New York) and C.O. Andrew*
*Hankins, Shield No. 441*
255-275 Main Street
Goshen, New York 10924
Tel: (845) 291-3150
Email: smidler@orangecountygov.com