UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

ISAIAH MONTGOMERY,

                Plaintiff,

    -against-

**JUDGMENT**

23-CIVIL-5865 (KMK)

ORANGE COUNTY (New York), C.O. ANDREW
HANKINS, Shield No. 441, SHERIFF CARL E.
DUBOIS, Individually and in his Official Capacity
as the Orange County Sheriff, CORRECTIONS
OFFICERS "JOHN DOE" #1-20 and/or
CORRECTIONS PERSONNEL #1-20 (the name
John Doe being fictious, as the true names are
Presently unknown),

                Defendants.
------------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED**: That for the reasons stated in the Court's Decision and Order dated September 25, 2024, Defendants' motion to dismiss is GRANTED, and the case is dismissed; accordingly, the case is closed.

Dated: 12/20/24

                                                KENNETH M. KARAS
                                                United States District Judge

Dated: DEC 23 2024

                                                Clerk of Court