UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------

ISAIAH MONTGOMERY,

                Plaintiff,

**<u>NOTICE OF APPEAL</u>**

**CV 23-5865 (KMK)**

    -against-

ORANGE COUNTY (New York), et al.,

                Defendants.

---------------------------------------------------------------------

    Come now Plaintiff, Isaiah Montgomery, by and through counsel, hereby gives notice of his appeal to the U.S. Court of Appeals for the Second Circuit from the Judgment of the United States District Court for the Southern District of New York entered in the above captioned cased on December 23, 2024 (Document 48),[1] annexed hereto;

    Further, by incorporation, Plaintiff, by and through counsel, hereby gives notice of his appeal to the U.S. Court of Appeals for the Second Circuit from the underlying Decision and Order (Document 41) which Granted Defendants' Motion to Dismiss (Document 34), annexed hereto.

Dated: January 22, 2025

                                      BY:_____
                                           JOSHUA FITCH
                                           COHEN & FITCH LLP

---

[1] The Court's December 23, 2024 Judgment is the formal judgment on the Court's September 25, 2024 Decision and Order granting dismissal (Document 41).

Attorneys for Plaintiff
233 Broadway, Suite 2348
New York, N.Y. 10279
(212) 374-9115
jfitch@cohenfitch.com